August 8, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

NORMAN CRITTENDEN, Appellant

NO. 14-13-00465-CV                    V.

JOSEPH FLORES AND MARGARET FLORES, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on February 6, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Norman Crittenden.

We further order this decision certified below for observance.